COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In the Interest of J.J.G., L.K.G., H.A.G., and A.G.G., Children

Appellate case number:   01-16-00104-CV

Trial court case number: 2014-00610J

Trial court:             313th District Court of Harris County

Appellee, the Department of Family and Protective Services, has filed a motion for rehearing and a motion for en banc reconsideration. The Court requests a response to the motion for rehearing and the motion for en banc reconsideration from appellants, M.G. and J.R.G. The response must be filed no later than **5:00 p.m., 20 days from the date of this order**. *See* TEX. R. APP. P. 49.2.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                   ☒ Acting individually     ☐ Acting for the Court

Date: September 8, 2016